**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS VENTURES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-00963-ADA |
| | ) | |
| v. | ) | |
| | ) | |
| RACKSPACE US, INC., | ) | **JURY TRIAL DEMAND** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER RE PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alpha Modus Ventures, LLC, provided a notice of dismissal without prejudice of the above-captioned case against Defendant Rackspace US, Inc. Defendant has not served an answer or made a motion for summary judgment. The Clerk of Court is requested to **CLOSE** the case.

Dated: January 28, 2026.


ALAN D ALBRIGHT
UNITES STATES DISTRICT JUDGE